IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JOSEPH E. LAWRENCE, | CV 20–85–H–DWM |
| Plaintiff, | |
| vs. | ORDER |
| LARRY PASHA, et al., | |
| Defendants. | |

In light of Lawrence's pro se motion to dismiss and remove his appointed counsel, (Doc. 35),

IT IS ORDERED that this case is STAYED pending a determination on the issue of counsel. The July 15, 2022 motions deadline is VACATED.

IT IS FURTHER ORDERED that in light of the above, Defendants' motion for extension of the motions deadline, (Doc. 36), is DENIED AS MOOT.

DATED this 13th day of June, 2022.

Donald W. Molloy, District Judge
United States District Court